IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HEALTHNESS LLC, | § | |
| Plaintiff, | § | |
| v. | § | CAUSE NO. WA-22-CV-862-KC |
| ADIDAS AMERICA INC., | § | |
| Defendant. | § | |

### ORDER

On this day, the Court considered Plaintiff Healthness LLC's Notice of Voluntary Dismissal with Prejudice, ECF No. 9, filed on November 1, 2022, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 2nd day of November, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE